In the Matter of the Application of the PEOPLE's SURETY COMPANY, etc. CHARLES FREDERICK, Appellant, v. JESSE S. PHILLIPS and Another, as Receivers, etc., Respondents.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.